David A. KOCIS, Petitioner

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Respondent

No. 618 MAL 2016

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

Gregory L. WILSON, Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent

No. 406 WAL 2016

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

Frankie G. BURTON, Petitioner

v.

BUREAU OF CORRECTIONAL INDUSTRIES (PCI)/DEPARTMENT OF CORRECTIONS (DOC), Respondent

No. 370 WAL 2016

Supreme Court of Pennsylvania.

Feb. 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**